UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID RICHARD CARLSON,

        Petitioner,

v.

Warden BECKY DOOLY,

        Respondent.

Civil No. 13-0525 (JNE/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Docket No. 1), is **DENIED**; and

3. This action is summarily **DISMISSED** without prejudice for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 24, 2013

    s/Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge